United States District Court
Southern District of Texas
**ENTERED**
September 06, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | |
|---|---|
| KIZZY LANDRY and INDIA LANDRY § § Plaintiffs, § § v. § § CYPRESS-FAIRBANKS ISD, § MARK HENRY, *Individually*, § MARTHA STROTHER, *Individually* § JAMIE JOHNSON, *Individually* § MARY JAMES, *Individually* § PENNY IRWIN-FITT, *Individually*, and § SECRETARY WALTERS, *Individually* § § Defendants. § | C.A. No. 4:17-cv-03004 |

## ORDER GRANTING JOINT MOTION FOR CONTINUANCE

The Court has considered the Joint Motion for Continuance. The Court, having reviewed the Motion, finds that the Motion has merit and should be and is hereby GRANTED.

It is therefore ORDERED that the current Scheduling/Docketing Control Order is struck, and the following deadlines are entered in its place:

| | |
|---|---|
| Discovery Ends: | January 1, 2019 |
| Motions Deadline: | January 25, 2019 |
| Joint Pretrial Order: | April 8, 2019 |
| Trial: at 9:00am | April 15, 2019 |

A new Scheduling/Docketing Control Order will / will not follow.

SIGNED this 5th day of September, 2018.

Keith P. Ellison
United States District Judge