United States District Court
Southern District of Texas
**ENTERED**
September 25, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIZZY LANDRY and INDIA LANDRY, *Plaintiffs,* v. CYPRESS FAIRBANKS ISD, et al., *Defendants,* STATE OF TEXAS, *Defendant-Intervenor* | Civil Action No. 4:17-cv-03004 |

### ORDER GRANTING STATE OF TEXAS'S UNOPPOSED MOTION TO INTERVENE

On this date, the Court considered the State of Texas's Unopposed Motion to Intervene. After considering the Motion, the Court believes the Motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Texas is a Defendant-Intervenor in this case.

SIGNED on this the 25th day of September, 2018.

Hon. Keith P. Ellison
U.S. District Court Judge