IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KIZZY LANDRY and INDIA LANDRY,** | )( | Civil Action No.: 4:17-cv-3004 |
| | )( | **(Jury)** |
| *Plaintiffs,* | )( | |
| | )( | |
| **v.** | )( | |
| | )( | |
| **CYPRESS FAIRBANKS ISD,** *et al.,* | )( | |
| | )( | |
| *Defendants.* | )( | |

## PLAINTIFFS' EXPERT DESIGNATION

To: Defendant Cypress Fairbanks ISD, and Mark Henry, by and through their attorney of record, Christopher B. Gilbert, Thompson & Horton LLP, 3200 Southwest Freeway, Suite 2000, Houston, Texas 77027

To: Defendant Strother, by and through their attorney of record, Clay T. Grover, Rogers, Morris & Grover, L.L.P., 5718 Westheimer, Suite 1200, Houston, Texas 77057

NOW COME PLAINTIFFS and file these expert disclosures:

Randall L. Kallinen, atty.
511 Broadway Street
Houston, Texas 77012
Telephone: 713.320.3785
Mr. Kallinen is a fact and expert witness on reasonable attorney's fees and expenses. Mr. Kallinen is of the opinion a reasonable hourly rate for his services is $550 per hour based upon his 24 years of civil rights litigation including trial court, appellate court and U.S. Supreme Court experience. Attorney's fees will be determined by affidavit and motion after a prevailing party is determined at which time attorney hours and other supporting material will be produced.

        Respectfully Submitted,

        /s/ Randall L. Kallinen
        Randall L. Kallinen
        Kallinen Law PLLC
        Attorney-In-Charge
        State Bar of Texas No. 00790995
        Southern District of Texas Bar No.: 19417
        Admitted, U.S. Supreme Court, 5th U.S. Circuit Court of Appeals,
        & Southern, Eastern & Western Districts of TX
        511 Broadway Street
        Houston, Texas 77012

Telephone: 713.320.3785
FAX: 713.893.6737
Email: AttorneyKallinen@aol.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been transmitted to the all counsel appearing in this cause and pro se parties on this the 10th day of December 2018, by filing with the ECF System of the United States District Court for the Southern District of Texas.

/s/ Randall L. Kallinen
Randall L. Kallinen