IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIZZY LANDRY, *Individually,* and INDIA LANDRY, *Individually,* | § § § | |
| *Plaintiffs,* | § § § | |
| *v.* | § § | Civil Action No. 4:17-cv-3004 |
| CYPRESS FAIRBANKS ISD, et al., | § § § | |
| *Defendants,* | § § § | |
| STATE OF TEXAS, | § § § | |
| *Defendant-Intervenor.* | § § | |

## STIPULATION AND JOINT MOTION FOR ORDER
## FOR DISMISSAL WITH PREJUDICE

Plaintiffs Kizzy and India Landry (collectively Plaintiffs), through their attorney, and Cypress Fairbanks Independent School District (CFISD), Dr. Mark Henry, Martha Strother, Jamie Johnson, Mary James, Penny Irwin-Fitt, and Karen Walters (collectively Defendants), through their attorneys, agree to and jointly move for entry of an order dismissing this case with prejudice.

Plaintiffs and Defendants agree that Plaintiffs' challenge to the constitutionality of Section 25.082 of the Texas Education Code remains, but all other claims against all other defendants will be dismissed.

Respectfully submitted,

Law Office of Randall L. Kallinen PLLC          Rogers, Morris & Grover, L.L.P.

Randall L. Kallinen                             Clay T. Grover
State Bar No. 00790995                          State Bar No. 08550180
attorneykallinen@aol.com                        Fed. I.D. No. 15064
511 Broadway Street                             cgrover@rmgllp.com
Houston, Texas 77012                            Jonathan G. Brush
Telephone: (713) 320-3785                       State Bar No. 24045576
Facsimile: (713) 893-6737                       Fed I.D. No. 619970
                                                jbrush@rmgllp.com
Attorney for Plaintiffs                         5718 Westheimer Rd., Suite 1200
                                                Houston, Texas 77057
                                                Telephone: (713) 960-6000
                                                Facsimile: (713) 960-6025

                                                Attorneys for Defendant
                                                Martha Strother

Thompson & Horton LLP

Christopher B. Gilbert
State Bar No. 00787535
Southern District No. 17283
cgilbert@thompsonhorton.com
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6744
Facsimile: (713) 583-7698
Attorney for Defendant
Cypress Fairbanks ISD