United States District Court
Southern District of Texas
**ENTERED**
December 27, 2018
David J. Bradley, Clerk

IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIZZY LANDRY, *Individually,* and INDIA LANDRY, *Individually,* | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:17-cv-3004 |
| CYPRESS FAIRBANKS ISD, et al., | § § § | |
| Defendants, | § § § | |
| STATE OF TEXAS, | § § § | |
| Defendant-Intervenor. | § § | |

## ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

The Court having been advised by counsel for the parties that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice, as to Cypress Fairbanks Independent School District, Dr. Mark Henry, Martha Strother, Jamie Johnson, Mary James, Penny Irwin-Fitt, and Karen Walters.

IT IS SO ORDERED.

Signed this 27 day of December, 2018.

_____
JUDGE PRESIDING