IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIZZY LANDRY and INDIA LANDRY, *Plaintiffs,* v. CYPRESS FAIRBANKS ISD, et al., *Defendants,* STATE OF TEXAS, *Defendant-Intervenor.* | Civil Action No. 4:17-cv-03004 |

**STATE OF TEXAS'S MOTION FOR ENTRY OF FINAL JUDGMENT**

The State of Texas, by and through the Attorney General of Texas, moves for the entry of a Final Judgment.

1. On December 26, 2018, Plaintiffs Kizzy and India Landry and all the named Defendants—Cypress Fairbanks Independent School District, Dr. Mark Henry, Martha Strother, Jamie Johnson, Mary James, Penny Irwin-Fitt, and Karen Walters—filed their Stipulation and Joint Motion for Order for Dismissal with Prejudice. ECF No. 53. Through that filing, Plaintiffs and Defendants jointly agreed to and moved for entry of an order dismissing this case with prejudice. ECF No. 53. The Stipulation and Joint Motion included a proposed order dismissing with prejudice all Plaintiffs' claims against all named Defendants. ECF No. 53-1.

2. On December 27, 2018, the Court signed that proposed order and entered an Order on Stipulation for Dismissal with Prejudice, dismissing with prejudice all Plaintiffs' claims against all named Defendants. ECF No. 54.

3. Consistent with that Order, the State now respectfully requests that the Court enter a Final Judgment. The State submits the attached, proposed Final Judgment and requests that the Court enter the same.

4. Defendants do not oppose this motion. Plaintiffs do oppose, claiming that "the State is still a defendant." However, Plaintiffs have not brought any claims against the State and have not attempted to name the State as a defendant. *See* ECF No. 24 (Plaintiffs' Second Amended Complaint). Thus, the Order on Stipulation for Dismissal with Prejudice dismissed all Plaintiffs' live claims against all parties that they sued.

**PRAYER**

For the reasons stated above, the State respectfully requests that this Court enter the attached proposed Final Judgment, and for all other relief, at law or in equity, to which it may be entitled.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

RYAN BANGERT
Deputy Attorney General for Legal Counsel

*/s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER
Attorney-in-Charge
Trial Counsel for Civil Litigation
Texas Bar No. 24081854
Southern District of Texas No. 2985472
P.O. Box 12548, Mail Code 009
Austin, Texas 78711-2548
Tel.: (512) 936-2266; Fax.: (512) 936-0545
todd.disher@oag.texas.gov

**ATTORNEYS FOR THE
STATE OF TEXAS**

**CERTIFICATE OF SERVICE**

  I certify that on January 22, 2019, this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                */s/ Todd Lawrence Disher*
                Todd Lawrence Disher

**CERTIFICATE OF CONFERENCE**

  I certify that counsel for Defendants do not oppose this motion and that counsel for Plaintiffs does oppose this motion.

                */s/ Todd Lawrence Disher*
                Todd Lawrence Disher