United States District Court
Southern District of Texas
**ENTERED**
August 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KIZZY LANDRY,** § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-3004 |
| § | |
| **CYPRESS FAIRBANKS ISD,** *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

In accordance with the Court's order granting the State of Texas's Motion to Dismiss, the Court hereby **GRANTS** the State of Texas's Motion for Entry of Final Judgment (Doc. No. 55).

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 12th day of August, 2019.


KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE