United States District Court
Southern District of Texas
**ENTERED**
August 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KIZZY LANDRY,** § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-3004 |
| § | |
| **CYPRESS FAIRBANKS ISD,** *et al*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Plaintiff Kizzy Landry ("Plaintiff") filed suit against Defendants Cypress Fairbanks ISD, Martha Strother, Mary Henry, Mary James, Penny Irwin-Fitt, Secretary Walker, Dr. Mark Hendry, and Jaime Johnson ("Defendants") on October 7, 2017, seeking relief under the First, Fifth, and Fourteenth Amendments. (Doc. No. 1.). On September 25, 2018, the State of Texas ("Intervenor") intervened to defend the constitutionality of one of its statutes. (Doc. No. 47.) On December 26, 2018, Plaintiff and Defendants stipulated to dismissal of Plaintiff's claims with prejudice. On August 5, 2019, the Court granted Intervenor's Motion to Dismiss. (Doc. No. 61.)

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth in the Order granting Intervenor's Motion to Dismiss (Doc. No. 61), final judgment is hereby **ENTERED** for Defendants on Plaintiff's claims.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas on this the 12th day of August, 2019.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE